## DAVIS v. STATE INDUSTRIAL COMMISSION et al.

No. 8994—Opinion Filed April 23, 1918.

(172 Pac. 638.)

(Syllabus.)

### Master and Servant—Workmen's Compensation—Appeal—Time for Filing Brief.

Where plaintiff fails to serve and file his brief within the time required by rule 5 (47 Okla. 5), (75 Okla. VI) governing appeals from the State Industrial Commission, or within any extension of time granted by this court, the appeal will be considered abandoned, and, upon motion, will be dismissed.

Appeal from State Industrial Commission.

Proceeding by Tom Davis under the Workmen's Compensation Act to obtain compensation for personal injury, opposed by the Independent Gin Company, employer. From an order of the State Industrial Commission discontinuing the weekly compensation theretofore allowed plaintiff. he appeals. Appeal dismissed.

E. Hamilton, for plaintiff.

J. S. Ross, for defendants.

PER CURIAM. This is an appeal from an order of the State Industrial Commission entered on February 26, 1917, discontinuing the weekly compensation theretofore allowed plaintiff for injuries received while in the employ of the Independent Gin Company, of Nelly, Okla. The case was submitted to this court on May 8, 1917, but no briefs have yet been filed by plaintiff. Rule 5 (47 Okla. v) of this court requires that plaintiff file his brief within 20 days after answer of defendant is filed. It clearly appears that the appeal has been abandoned, and the motion of defendants to dismiss for failure to file brief is therefore sustained and the appeal dismissed.